MEM

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 18-00287-WS |
| | * | USAO NO. 18R00541 |
| v. | * | MAG NO. 18MJ00117 |
| | * | VIOLATION: 18 USC § 2261A(2)(B) |
| GARNETT JAMES LLOYD, JR., | * | |
| aka TAYLOR SMITHS | * | |

FILED IN OPEN COURT
OCT 25 2018
CHARLES R. DIARD, JR.
CLERK

### INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE

Between approximately September 14, 2018, and September 24, 2018, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**GARNETT JAMES LLOYD, JR.,
aka TAYLOR SMITHS**

with the intent to harass and intimidate another person used an interactive computer service and electronic communication service and a facility of interstate commerce to engage in a course of conduct to cause, attempt to cause and would be reasonably expected to cause substantial emotional distress to that person.

In violation of Title 18, United States Code, Section 2261A(2)(B).

A TRUE BILL

_____
FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

1

RICHARD W. MOORE
UNITED STATES ATTORNEY
By:

*[signature]*
MARIA E. MURPHY
Assistant United States Attorney

*[signature]*
SEAN P. COSTELLO
Assistant United States Attorney
Chief, Criminal Division             OCTOBER 2018